UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-cr-450-T-23AE

HECTOR PENELA ALVAREZ
a/k/a Proxenata
_____/

**FORFEITURE MONEY JUDGMENT**

Alvarez pleaded guilty to Count One of the indictment charging conspiracy to commit kidnapping in violation of 18 U.S.C. § 1201(c), and the United States has established that Alvarez obtained $10,000.00 in proceeds as a result of the offense.

The United States moves (Doc. 31) under Rule 32.2(b)(2), Federal Rules of Criminal Procedure, 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c), for entry of a forfeiture money judgment in the amount of $10,000.00. The motion is **GRANTED**. Alvarez is personally liable for a forfeiture money judgment in the amount of $10,000.00, and the forfeiture is final as to Alvarez.

The United States may seek, as substitute assets in satisfaction of this judgment, forfeiture of any of the defendant's property up to the value of the $10,000.00 money judgment, pursuant to the provisions of 32.2(e), Federal Rules of Criminal Procedure, and 21 U.S.C. § 853(p), as incorporated under 28 U.S.C. § 2461(c). The court retains jurisdiction to entertain any third-party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of any of the defendant's property that

the United States may seek as substitute assets up to the value of the $10,000.00 judgment.

ORDERED in Tampa, Florida, on April 19, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE